| | | | | |
|---|---|---|---|---|
| U.F., Matter of | 60A01–1607–JC–1677 | 05/09/2017 | ROBB, J. | Dismissed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Bible v. State | 20A03–1608–CR–1897 | 05/10/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Sands v. State | 90A02–1610–CR–2309 | 05/10/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Holland v. Lake County Treasurer | 45A03–1605–MI–1109 | 05/10/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Kerkhove v. State | 79A02–1607–CR–1695 | 05/10/2017 | RILEY, J. | Affirmed but remanded with instructions |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| First Financial Bank, N.A. v. Johnson | 49A02–1605–MF–1097 | 05/10/2017 | SHARPNACK, Sr.J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Tate v. State | 79A02–1612–CR–2909 | 05/10/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Broussard v. State | 79A04–1611–CR–2636 | 05/10/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Moore v. Nacke | 27A04–1609–DR–2207 | 05/11/2017 | BROWN, J. | Reversed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Amonett v. State | 18A04–1609–CR–2126 | 05/11/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Strietelmeier v. Strietelmeier | 03A01–1608–DR–1831 | 05/11/2017 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |